# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| In re: MORRISON, LILLIAN | § | Case No. 08-73186 |
| | § | |
| PRINTING, KWIK KOPY | § | |
| Debtors | § | |

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. The debtor filed a petition under Chapter 7 of the United States Bankruptcy Code on September 30, 2008.  The undersigned trustee was appointed on *bad date*.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554.  An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A.**

4. The trustee realized the gross receipts of         $       28,854.26

    Funds were disbursed in the following amounts:

    | | |
    |---|---:|
    | Administrative expenses | 1,667.60 |
    | Payments to creditors | 0.00 |
    | Non-estate funds paid to 3rd Parties | 0.00 |
    | Exemptions paid to the debtor | 0.00 |
    | Leaving a balance on hand of | $    27,186.66 |

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

**UST Form 101-7-TFR (4/1/2009)**

     6. The deadline for filing claims in this case was 02/24/2009. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

     7. The Trustee's proposed distribution is attached as **Exhibit D**.

     8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $3,635.43. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

     The trustee has received $0.00 as interim compensation and now requests the sum of $3,635.43, for a total compensation of $3,635.43. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of   $0.00 and now requests reimbursement for expenses of $0.00, for total expenses of $0.00.

     Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 08/20/2009              By: /s/BERNARD J. NATALE
                                   Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TFR (4/1/2009)**

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 08-73186  
**Case Name:** MORRISON, LILLIAN  

**Period Ending:** 08/20/09

**Trustee:** (330370) BERNARD J. NATALE  
**Filed (f) or Converted (c):** 09/30/08 (f)  
**§341(a) Meeting Date:** 10/30/08  
**Claims Bar Date:** 02/24/09

| 1 | | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| Ref. # | Asset Description (Scheduled And Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=§554(a) DA=§554(c) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1 | Petitioner owns, estate residence located at 218 | 200,000.00 | 0.00 | DA | 0.00 | FA |
| 2 | Petitioner has 1/3 interest in real est, propert   TRUSTEE HAS NEGOTIATED SALE OF DEBTOR'S INTEREST TO CO-OWNER | 52,000.00 | 17,000.00 | | 22,000.00 | FA |
| 3 | Cash | 100.00 | 0.00 | DA | 0.00 | FA |
| 4 | Checking acct. - personal @ Associated Bank | 300.00 | 0.00 | DA | 0.00 | FA |
| 5 | Checking - personal $500.00 & Business $700.00 @ | 1,200.00 | 0.00 | DA | 0.00 | FA |
| 6 | Two business accts. at Associated Bank | 1,000.00 | 0.00 | DA | 0.00 | FA |
| 7 | Security deposit with Com Ed | Unknown | 0.00 | DA | 0.00 | FA |
| 8 | Security deposit with Nicor for business Kwik Ko | Unknown | 0.00 | DA | 0.00 | FA |
| 9 | Eight rooms of Household furniture, furnishings | 700.00 | 0.00 | DA | 0.00 | FA |
| 10 | Necessary wearing apparel | 200.00 | 0.00 | DA | 0.00 | FA |
| 11 | Costume jewelry only | 100.00 | 0.00 | DA | 0.00 | FA |
| 12 | Photographic equipment. | 100.00 | 0.00 | DA | 0.00 | FA |
| 13 | IRA - $15,000.00 IRA - $5,000.00 IRA - $2,000.00 | 22,000.00 | 0.00 | DA | 0.00 | FA |
| 14 | Stock in Associated Bank | 500.00 | 0.00 | DA | 0.00 | FA |
| 15 | Accounts Receivable of Kwik Kopy Printing Co. | Unknown | 5,000.00 | DA | 0.00 | FA |
| 16 | Kwik Kopy Printing Franchise | 0.00 | 0.00 | DA | 0.00 | FA |
| 17 | Customer List of Kwik Kopy Printing | 0.00 | 0.00 | DA | 0.00 | FA |
| 18 | 2002 Pontiac Grand Prix (150,000 miles) | 1,000.00 | 0.00 | DA | 0.00 | FA |
| 19 | 2001 Pontiac Grand Am (190,000 miles) (Used for | 863.00 | 413.00 | DA | 0.00 | FA |
| 20 | Cash Register, File Cabinet, Desks, Chairs, Coun | 400.00 | 0.00 | DA | 0.00 | FA |
| 21 | Ryobi Press, Engr. Copier, A B Dick Press, Cutte | 28,000.00 | 7,200.00 | | 6,850.00 | FA |
| 22 | Paper and Envelopes | 100.00 | 100.00 | DA | 0.00 | FA |
| 23 | Dog | 0.00 | 0.00 | DA | 0.00 | FA |
| Int | INTEREST  (u) | Unknown | N/A | | 4.26 | Unknown |
| 24 | Assets    Totals (Excluding unknown values) | $308,563.00 | $29,713.00 | | $28,854.26 | $0.00 |

Exhibit A

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

Page: 2

**Case Number:** 08-73186  
**Case Name:** MORRISON, LILLIAN

**Period Ending:** 08/20/09

**Trustee:** (330370)  BERNARD J. NATALE  
**Filed (f) or Converted (c):** 09/30/08 (f)  
**§341(a) Meeting Date:** 10/30/08  
**Claims Bar Date:** 02/24/09

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|

**Major Activities Affecting Case Closing:**

    TRUSTEE TO SELL CO-OWNED REAL ESTATE.

**Initial Projected Date Of Final Report (TFR):**    December 31, 2010    **Current Projected Date Of Final Report (TFR):**    December 31, 2010

Printed: 08/20/2009 11:06 AM    V.11.50

Exhibit B

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

**Case Number:** 08-73186  
**Case Name:** MORRISON, LILLIAN  

**Taxpayer ID #:** 35-6799605  
**Period Ending:** 08/20/09  

**Trustee:** BERNARD J. NATALE (330370)  
**Bank Name:** JPMORGAN CHASE BANK, N.A.  
**Account:** ***-*****03-65 - Money Market Account  
**Blanket Bond:** $552,000.00 (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 12/16/08 | {21} | BARRINGTON PRINT & COPY | SALE OF ASSETS | 1129-000 | 6,850.00 | | 6,850.00 |
| 12/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0600% | 1270-000 | 0.14 | | 6,850.14 |
| 01/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0600% | 1270-000 | 0.33 | | 6,850.47 |
| 02/27/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0600% | 1270-000 | 0.31 | | 6,850.78 |
| 03/10/09 | 1001 | PHIL DERRIG | PAYMENT OF ADMIN RENT PER ORDER ENTERED 3/9/09 | 2410-000 | | 1,500.00 | 5,350.78 |
| 03/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0600% | 1270-000 | 0.33 | | 5,351.11 |
| 04/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0600% | 1270-000 | 0.26 | | 5,351.37 |
| 05/29/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0600% | 1270-000 | 0.25 | | 5,351.62 |
| 06/01/09 | {2} | Amcore Bank on behalf of Mary Ann Madray | Sale of debtor's interest in Wisconsin property | 1110-000 | 22,000.00 | | 27,351.62 |
| 06/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0600% | 1270-000 | 1.25 | | 27,352.87 |
| 07/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0600% | 1270-000 | 1.39 | | 27,354.26 |
| 08/13/09 | 1002 | INTERNATIONAL SURETIES, LTD | BOND PREMIUM PAYMENT ON BANK BALANCE AS OF 06/01/2009 FOR CASE #08-73186, BOND #016018067 06/01/09-06/01/10 | 2300-000 | | 20.60 | 27,333.66 |
| 08/19/09 | | To Account #********0366 | Pay Fees for Execution of Quit Claim | 9999-000 | | 200.00 | 27,133.66 |
| | | | **ACCOUNT TOTALS** | | 28,854.26 | 1,720.60 | **$27,133.66** |
| | | | Less: Bank Transfers | | 0.00 | 200.00 | |
| | | | **Subtotal** | | 28,854.26 | 1,520.60 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$28,854.26** | **$1,520.60** | |

{} Asset reference(s)

Printed: 08/20/2009 11:06 AM    V.11.50

Exhibit B

# Form 2

## Cash Receipts And Disbursements Record

Page: 2

**Case Number:** 08-73186  
**Case Name:** MORRISON, LILLIAN  
**Taxpayer ID #:** 35-6799605  
**Period Ending:** 08/20/09  

**Trustee:** BERNARD J. NATALE (330370)  
**Bank Name:** JPMORGAN CHASE BANK, N.A.  
**Account:** \*\*\*-\*\*\*\*\*03-66 - Checking Account  
**Blanket Bond:** $552,000.00 (per case limit)  
**Separate Bond:** N/A  

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 08/19/09 |  | From Account #\*\*\*\*\*\*\*\*0365 | Pay Fees for Execution of Quit Claim | 9999-000 | 200.00 |  | 200.00 |
| 08/19/09 | 101 | Mark J Gieringer | Ref # QUIT CLAIM | 2500-000 |  | 147.00 | 53.00 |
|  |  |  | **ACCOUNT TOTALS** |  | 200.00 | 147.00 | $53.00 |
|  |  |  | Less: Bank Transfers |  | 200.00 | 0.00 |  |
|  |  |  | **Subtotal** |  | 0.00 | 147.00 |  |
|  |  |  | Less: Payments to Debtors |  |  | 0.00 |  |
|  |  |  | **NET Receipts / Disbursements** |  | $0.00 | $147.00 |  |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **MMA # \*\*\*-\*\*\*\*\*03-65** | 28,854.26 | 1,520.60 | 27,133.66 |
| **Checking # \*\*\*-\*\*\*\*\*03-66** | 0.00 | 147.00 | 53.00 |
|  | $28,854.26 | $1,667.60 | $27,186.66 |

{} Asset reference(s)  
Printed: 08/20/2009 11:06 AM   V.11.50

# EXHIBIT A
## ANALYSIS OF CLAIMS REGISTER

**Claims Bar Date:** February 24, 2009

**Case Number:** 08-73186
**Debtor Name:** MORRISON, LILLIAN

Page: 1

**Date:** August 20, 2009
**Time:** 11:06:37 AM

| Claim # | Creditor Name & Address | Claim Type | Claim Ref. No. / Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| EXP 199 | BERNARD J. NATALE, LTD.<br>6833 STALTER DRIVE, STE 201<br>ROCKFORD, IL 61108 | Admin Ch. 7 | | $130.57 | $0.00 | 130.57 |
| ATTY 199 | BERNARD J. NATALE, LTD.<br>6833 STALTER DRIVE, STE 201<br>ROCKFORD, IL 61108 | Admin Ch. 7 | | $3,387.50 | $0.00 | 3,387.50 |
| PROF 199 | Mark J Gieringer<br>P O Box 280<br>511 North Main Street<br>Friendship, WI 53934 | Admin Ch. 7 | QUIT CLAIM | $147.00 | $147.00 | 0.00 |
| TRTE 199 | BERNARD J. NATALE<br>6833 STALTER DRIVE<br>SUITE 201<br>ROCKFORD, IL 61108 | Admin Ch. 7 | | $3,635.43 | $0.00 | 3,635.43 |
| ADIMLL 199 | PHIL DERRIG<br>P O BOX 409<br>BARRINGTON, IL 60011 | Admin Ch. 7 | ORDER ENTERED 03/09/09 AUTHORIZING PAYMENT | $1,500.00 | $1,500.00 | 0.00 |
| 8P 570 | Internal Revenue Service<br>P O Box 21126<br>Philadelphia, PA 19114 | Priority | 8706-AKA/KWIK KOPY PRTG | $16,675.37 | $0.00 | 16,675.37 |
| 12P 570 | Illinois Department of Employment Security<br>33 South State Street<br>Chicago, IL 60603 | Priority | | $52.75 | $0.00 | 52.75 |
| 1 610 | PYOD LLC as assignee of Citibank<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 | Unsecured | 7902 | $494.69 | $0.00 | 494.69 |
| 2 610 | PYOD LLC as assignee of Citibank<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 | Unsecured | 2671 | $2,320.16 | $0.00 | 2,320.16 |
| 3 610 | PYOD LLC as assignee of Citibank<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 | Unsecured | 4130 | $7,817.08 | $0.00 | 7,817.08 |
| 4 610 | Carlith Printing<br>Attn: Barbara Nagle<br>250 Carpenter Blvd.<br>Carpentersville, IL 60110 | Unsecured | 3150 | $1,298.00 | $0.00 | 1,298.00 |
| 5 610 | ADDVALUE2PRINT LLC<br>555 Plate Drive Ste 6<br>East Dundee, IL 60118 | Unsecured | | $590.00 | $0.00 | 590.00 |

# EXHIBIT A
## ANALYSIS OF CLAIMS REGISTER

**Claims Bar Date:** February 24, 2009

**Case Number:** 08-73186　　　　Page: 2　　　　**Date:** August 20, 2009
**Debtor Name:** MORRISON, LILLIAN　　　　　　　　　　**Time:** 11:06:37 AM

| Claim # | Creditor Name & Address | Claim Type | Claim Ref. No. / Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 6<br>610 | Lewis Paper Co.<br>1400 S Wolf Rd<br>Suite 100<br>Wheeling, IL 60090 | Unsecured | 0090 | $3,016.05 | $0.00 | 3,016.05 |
| 7<br>610 | Discover Bank/DFS Services LLC<br>POB 3025<br>New Albany, OH 43054 | Unsecured | 7088 | $6,972.74 | $0.00 | 6,972.74 |
| 8U<br>610 | Internal Revenue Service<br>P O Box 21126<br>Philadelphia, PA 19114 | Unsecured | 8706-AKA/KWIK KOPY PRTG | $4,867.28 | $0.00 | 4,867.28 |
| 9<br>610 | Recovery Management Systems Corporation<br>GE Money Bank, dba JC Penney Services<br>25 SE 2nd Ave Ste 1120<br>Miami, FL 33131 | Unsecured | 6839 | $1,414.65 | $0.00 | 1,414.65 |
| 10<br>610 | Midland Paper Co<br>1140 Paysphere Circle<br>Chicago, IL 60674 | Unsecured | 4376 | $7,105.70 | $0.00 | 7,105.70 |
| 11<br>610 | CAPITAL ONE BANK (USA), N.A.<br>C/O TSYS DEBT MANAGEMENT (TDM)<br>PO BOX 5155<br>NORCROSS, GA 30091 | Unsecured | 3465 | $531.41 | $0.00 | 531.41 |
| 12U<br>610 | Illinois Department of Employment Security<br>33 South State Street<br>Chicago, IL 60603 | Unsecured | | $50.00 | $0.00 | 50.00 |
| 13<br>610 | Kwik Kopy Corporation, Subsidiary of ICED<br>12715 Telge Road<br>Cypress, TX 77429 | Unsecured | STORE 874 | $24,100.07 | $0.00 | 24,100.07 |
| << Totals >> | | | | 86,106.45 | 1,647.00 | 84,459.45 |

**TRUSTEE'S PROPOSED DISTRIBUTION**

Exhibit D

Case No.: 08-73186
Case Name: MORRISON, LILLIAN
Trustee Name: BERNARD J. NATALE

Claims of secured creditors will be paid as follows:

*Claimant*                                          *Proposed Payment*

N/A

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| *Reason/Applicant* | | *Fees* | *Expenses* |
|---|---|---|---|
| *Trustee* | BERNARD J. NATALE | $ 3,635.43 | $ |
| *Attorney for trustee* | BERNARD J. NATALE, LTD. | $ 3,387.50 | $ 130.57 |
| *Appraiser* | | $ | $ |
| *Auctioneer* | | $ | $ |
| *Accountant* | | $ | $ |
| *Special Attorney for trustee* | | $ | $ |
| *Charges,* | U.S. Bankruptcy Court | $ | $ |
| *Fees,* | United States Trustee | $ | $ |
| *Other* | | $ | $ |

Applications for prior chapter fees and administrative expenses have been filed as follows:

*Reason/Applicant*                *Fees*               *Expenses*

**UST Form 101-7-TFR (4/1/2009)**

*Attorney for debtor* _____ $_____ $_____
*Attorney for*        _____ $_____ $_____
*Accountant for*      _____ $_____ $_____
*Appraiser for*       _____ $_____ $_____
*Other*               _____ $_____ $_____

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $16,728.12 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| 8P | Internal Revenue Service | $16,675.37 | $16,675.37 |
| 12P | Illinois Department of Employment Security | $52.75 | $52.75 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 60,577.83 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 5.5 percent.

Timely allowed general (unsecured) claims are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| 1 | PYOD LLC as assignee of Citibank | $494.69 | $26.99 |
| 2 | PYOD LLC as assignee of Citibank | $2,320.16 | $126.58 |
| 3 | PYOD LLC as assignee of Citibank | $7,817.08 | $426.49 |
| 4 | Carlith Printing | $1,298.00 | $70.82 |
| 5 | ADDVALUE2PRINT LLC | $590.00 | $32.19 |
| 6 | Lewis Paper Co. | $3,016.05 | $164.55 |
|   | Discover Bank/DFS Services |   |   |

**UST Form 101-7-TFR (4/1/2009)**

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| 7 | LLC | $ 6,972.74 | $ 380.42 |
| 8U | Internal Revenue Service | $ 4,867.28 | $ 265.55 |
| 9 | Recovery Management Systems Corporation | $ 1,414.65 | $ 77.18 |
| 10 | Midland Paper Co | $ 7,105.70 | $ 387.68 |
| 11 | CAPITAL ONE BANK (USA), N.A. | $ 531.41 | $ 28.99 |
| 12U | Illinois Department of Employment Security | $ 50.00 | $ 2.73 |
| 13 | Kwik Kopy Corporation, Subsidiary of | $ 24,100.07 | $ 1,314.87 |

Late filed general (unsecured) claims are as follows:

*Claim Number   Claimant                          Allowed Amt. of Claim   Proposed Payment*

N/A

Subordinated unsecured claims for fines, penalties, and forfeitures are as follows:

*Claim Number   Claimant                          Allowed Amt. of Claim   Proposed Payment*

N/A

The amount of surplus returned to the debtor after payment of all claims and interest is $ 0.00.

**UST Form 101-7-TFR (4/1/2009)**