# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| In re: MORRISON, LILLIAN | § | Case No. 08-73186 |
| | § | |
| PRINTING, KWIK KOPY | § | |
| Debtors | § | |

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION (NFR)

Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that BERNARD J. NATALE, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications.

| | |
|---|---|
| *The Final Report shows receipts of* | $ 28,854.26 |
| *and approved disbursements of* | $ 1,667.60 |
| *leaving a balance of* | $ 27,186.66 |

Claims of secured creditors will be paid as follows:

| *Claimant* | *Proposed Payment* |
|---|---|
| N/A | |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| | *Reason/Applicant* | *Fees* | *Expenses* |
|---|---|---|---|
| Trustee | BERNARD J. NATALE | $ 3,635.43 | $ |
| Attorney for trustee | BERNARD J. NATALE, LTD. | $ 3,387.50 | $ 130.57 |
| Appraiser | | $ | $ |
| Auctioneer | | $ | $ |
| Accountant | | $ | $ |
| Special Attorney for trustee | | $ | $ |
| Charges, | U.S. Bankruptcy Court | $ | $ |
| Fees, | United States Trustee | $ | $ |

**UST Form 101-7-NFR (4/1/2009)**

*Other* _____ $_____ $_____

Applications for prior chapter fees and administrative expenses have been filed as follows:

| *Reason/Applicant* | | *Fees* | *Expenses* |
|---|---|---|---|
| *Attorney for debtor* | _____ | $_____ | $_____ |
| *Attorney for* | _____ | $_____ | $_____ |
| *Accountant for* | _____ | $_____ | $_____ |
| *Appraiser for* | _____ | $_____ | $_____ |
| *Other* | _____ | $_____ | $_____ |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $16,728.12 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| *Claim Number* | *Claimant* | *Allowed Amt. of Claim* | *Proposed Payment* |
|---|---|---|---|
| 8P | Internal Revenue Service | $ 16,675.37 | $ 16,675.37 |
| 12P | Illinois Department of Employment Security | $ 52.75 | $ 52.75 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 60,577.83 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 5.5 percent.

Timely allowed general (unsecured) claims are as follows:

| *Claim Number* | *Claimant* | *Allowed Amt. of Claim* | *Proposed Payment* |
|---|---|---|---|
| 1 | PYOD LLC as assignee of Citibank | $ 494.69 | $ 26.99 |
| 2 | PYOD LLC as assignee of Citibank | $ 2,320.16 | $ 126.58 |
| 3 | PYOD LLC as assignee of Citibank | $ 7,817.08 | $ 426.49 |
| 4 | Carlith Printing | $ 1,298.00 | $ 70.82 |
| 5 | ADDVALUE2PRINT LLC | $ 590.00 | $ 32.19 |

**UST Form 101-7-NFR (4/1/2009)**

| | | | |
|---|---|---|---|
| 6 | Lewis Paper Co. | $ 3,016.05 | $ 164.55 |
| 7 | Discover Bank/DFS Services LLC | $ 6,972.74 | $ 380.42 |
| 8U | Internal Revenue Service | $ 4,867.28 | $ 265.55 |
| 9 | Recovery Management Systems Corporation | $ 1,414.65 | $ 77.18 |
| 10 | Midland Paper Co | $ 7,105.70 | $ 387.68 |
| 11 | CAPITAL ONE BANK (USA), N.A. | $ 531.41 | $ 28.99 |
| 12U | Illinois Department of Employment Security | $ 50.00 | $ 2.73 |
| 13 | Kwik Kopy Corporation, Subsidiary of | $ 24,100.07 | $ 1,314.87 |

Late filed general (unsecured) claims are as follows:

*Claim Number   Claimant                         Allowed Amt. of Claim    Proposed Payment*

N/A

Subordinated unsecured claims for fines, penalties, and forfeitures are as follows:

*Claim Number   Claimant                         Allowed Amt. of Claim    Proposed Payment*

N/A

The amount of surplus returned to the debtor after payment of all claims and interest is $0.00.

**UST Form 101-7-NFR (4/1/2009)**

The trustee's Final Report and all applications for compensation are available for inspection at the Office of the Clerk, U.S. Bankruptcy Court:

Clerk of The U S Bankruptcy Court
211 South Court Street
Rockford IL 61101

If local court rules so require, the following procedure for objecting must be followed:

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days of the date of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee.  A hearing on the fee applications and any objection to the Final Report will be held at 09:30am on 09/28/2009 in Courtroom         , United States Courthouse,
.
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date:  08/20/2009          By:  /s/BERNARD J. NATALE
                                            Trustee

BERNARD J. NATALE
6833 STALTER DRIVE
SUITE 201
ROCKFORD, IL  61108

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (4/1/2009)**

# CERTIFICATE OF NOTICE

```
District/off: 0752-3           User: cshabez                Page 1 of 2                   Date Rcvd: Sep 03, 2009
Case: 08-73186                 Form ID: pdf006              Total Noticed: 59

The following entities were noticed by first class mail on Sep 05, 2009.
db           +Lillian Morrison,    218 Bree Drive,    Poplar Grove, IL 61065-8303
aty          +Stephen J Costello,    Costello & Costello,    19 N Western Ave Rt 31,
               Carpentersville, IL 60110-1730
tr           +Bernard J Natale,    Bernard J. Natale, Ltd.,    6833 Stalter Drive,    Suite 201,
               Rockford, IL 61108-2582
12664103     +ADDVALUE2PRINT LLC,    555 Plate Drive   Ste 6,    East Dundee, Il 60118-2465
12664106      AT&T Phone,    P O Box 8100,    Aurora, Il 60507-8100
12664102     +Accurate Printing,    157 Eisenhower Lane No.,    Lombard, Il 60148-5413
12664104     +Americal,    6620 F Street,    Omaha, Ne 68117-1010
12664105     +Associated Bank,    1305 Main Street,    Stevens Point, Wi 54481-2898
12928402     +Associates in Orthopaedic Surg,    1710 No Randall Rd Ste 140,    Elgin, Il 60123-9401
13016189     +CAPITAL ONE BANK (USA), N.A.,    C/O TSYS DEBT MANAGEMENT (TDM),    PO BOX 5155,
               NORCROSS, GA 30091-5155
12664112     +CE Printed Products,    685 Kimberly Drive,    Carol Stream, Il 60188-1890
12664108      Capital One,    P O Box 5294,    Carol Stream, Il 60197-5294
12664109     +Carlith Printing,    Attn: Barbara Nagle,    250 Carpenter Blvd.,    Carpentersville, Il 60110-1997
12664110      Carlson Craft,    P O Box 8700,    Mankato, Mn 56002-8700
12664111      Carson Pirie Scott,    P O Box 15521,    Wilmington, De 19850-5521
12664113      Chase Home Finance,    P O Box 24696,    Columbus, Oh 43224-0696
12664115     +Citi Bank (Sears),    c/o Alliance Receivables Mgmt,    1160 Centre Points Dr. #1,
               Mendota Heights,, MN 55120-1270
12664116      Citi Cards,    Customer Service,    Box 6000,    The Lakes, NV 89163-6000
12664118     +Creative Letter & Office Svcs,    1600 Todd Farm Dr,    Elgin, Il 60123-1141
12664119     +Dex AT&T Advertising,    Attn: Customer Care,    1615 Bluff City Hwy.,    Bristol, TN 37620-6055
12664121     +EFI, Inc.,    17250 N. Hartford,    Scottsdale, AZ 85255-5432
12928403     +Elgin Gastroenterology Endoscopy,    745 Fletcher Dr Ste 201,    Elgin, Il 60123-4749
12664122      Emerge,    P O Box 105655,    Atlanta, Ga 30348-5655
12664125     +GFC Leasing #408579,    P O Box 2290,    Madison, Wi 53701-2290
12664126      Gordon Flesch Co.,    P O Box 992,    Madison, Wi 53701-0992
12664128      I T U,    Box 88479,    Milwaukee, Wi 53288-0479
12664130      ICED(Kwik Kopy Corp.),    One Entreprenuer Way,    P O Box 777,    Cypress, TX 77410-0777
12664132     ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 21126,
               PHILADELPHIA PA 19114-0326
             (address filed with court:   Internal Revenue Service,    Cincinnati, Oh 45999-0039)
13026228     +Illinois Department of Employment Security,    33 South State Street,
               Chicago, Illinois 60603-2808
12664131      Illinois Department of Revenue Bankruptcy Section,    P.O. Box 64338,    Chicago, IL 60664-0338
12664134      J C Penney,    GE Money Bank,    P O Box 103104,    Atlanta, GA 30376
12664135     +James Buchanan,    7N285 Falcon Trail,    St Charles, Il 60175-6808
12664137     +Joe & Rebecca Swierkosz,    633 N Maple,    Palatine, Il 60067-2236
12664138     +Jorson & Carlson,    1501 Pratt Blvd.,    PO Box 796,    Elk Grove Village, IL 60009-0796
13558447     +Kwik Kopy Corporation a subsidiary of ICED,    12715 Telge Road,    Cypress TX 77429-2289
12664139     +Kwik Kopy Printing,    105 S. 14th Street,    St Charles, Il 60174-2562
12664140     +Lewis Paper Co.,    1400 S Wolf Rd,    Suite 100,    Wheeling, IL 60090-6524
12664141      Menards,    Retail Services,    P O Box 17602,    Baltimore, MD 21297-1602
12664142     +Midland Paper Co,    1140 Paysphere Circle,    Chicago, Il 60674-0011
12928404     +Midwest Physical Therapy Ctr,    500 Park Blvd LL80C,    Itasca, Il 60143-3131
12664143     +Nicolet,    14401 58th Road,    Sturtevant, Wi 53177-2118
12664145      Orchard Bank,    HSBC Card Services,    P O Box 80084,    Salinas, CA 93912-0084
12921831      PYOD LLC its successors and assigns as assignee of,    Citibank,    Resurgent Capital Services,
               PO Box 10587,    Greenville, SC 29603-0587
12664146     +Phil Derrig, Landlord,    P O Box 409,    Barrington, Il 60011-0409
12664147     +Presstek,    P O Box 712517,    Cincinnati, Oh 45271-2517
12664148     +Quick Tickets,    3030 W Pasadena Ave.,    Flint, Mi 48504-2300
12664149      Sears - Gold Mastercard (Citibank),    P O Box 6922,    The Lakes, Nv  88901-6922
12928405     +Sherman Hospital,    934 Center St,    Elgin, Il 60120-2198
12928406     +Stanley J Matusik DDS,    200 W Main St,    Carpentersville, Il 60110-1724
12664150     +Team Concept Printing,    540 Tower Blvd,    Carol Stream, Il 60188-9426
12664151     +Unishippers,    2500 W Higgins Rd. #110,    Hoffman Estates, Il 60169-7220
12664152     +Unishippers,    c/o ICA Collections,    7300 W Monab Rd, #117,    Tamarac, FL 33321-5329
12928407     +United Anesthesia Assoc SC,    5452 Reliable Pkwy,    Chicago, Il 60686-0001

The following entities were noticed by electronic transmission on Sep 04, 2009.
12664117      E-mail/Text: legalasstfoundationrqsts@exeloncorp.com                            Commonwealth Edison,
               Bill Payment Center,    Chicago, Il. 60668-0001
12664120      E-mail/PDF: mrdiscen@discoverfinancial.com Sep 04 2009 01:55:38      Discover Card,
               P O Box 30943,    Salt Lake City, Utah 84130
12969271     +E-mail/PDF: mrdiscen@discoverfinancial.com Sep 04 2009 01:55:38
               Discover Bank/DFS Services LLC,    POB 3025,    New Albany Ohio 43054-3025
12756369     +E-mail/PDF: gecsedi@recoverycorp.com Sep 04 2009 01:56:22      GE Money Bank,
               % Recovery Management Systems Corp,    Attn Ramesh Singh,    25 SE 2nd Ave  Ste 1120,
               Miami, FL 33131-1605
12664144      E-mail/Text: bankrup@nicor.com                            Nicor,    P O Box 416,
               Aurora, Il. 60568-0001
13003097     +E-mail/PDF: rmscedi@recoverycorp.com Sep 04 2009 01:57:13
               Recovery Management Systems Corporation,    For GE Money Bank,    dba JCPENNEY CREDIT SERVICES,
               25 SE 2nd Ave Ste 1120,    Miami FL 33131-1605
                                                                                               TOTAL: 6
```

```
District/off: 0752-3          User: cshabez              Page 2 of 2                Date Rcvd: Sep 03, 2009
Case: 08-73186                Form ID: pdf006            Total Noticed: 59

            ***** BYPASSED RECIPIENTS (continued) *****
            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
12664107      Blue Cross/Blue Shield,   Health Insurance
12664114      Citi Bank  (Sears)
12664123      First Data
12664124      GFC Leaing
12664127      Gordon Flesch Co. Inc.
12664129      ICED - Kwik Kopy Corp
12664133      ITU - Acct. 116095
12664136      Jim Buchanan
aty*         +Bernard J Natale,   Bernard J. Natale, Ltd.,   6833 Stalter Drive,   Suite 201,
               Rockford, IL 61108-2582
                                                                                              TOTALS: 8, * 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Sep 05, 2009**                         **Signature:**       *Joseph Speetjens*