# AMENDED DISTRIBUTION REPORT
# FINAL DISTRIBUTION

**Case Number:** 08-73186　　　　　　　　　　　　　Page: 1　　　　　　　　　　　　**Date:** September 28, 2009
**Debtor Name:** MORRISON, LILLIAN　　　　　　　　　　　　　　　　　　　　　　　　**Time:** 11:28:51 AM

| Claim # | Payee Name | Claim Type | Amount Allowed | Paid to Date | Claim Balance | Proposed Pymt | Funds Remaining |
|---|---|---|---:|---:|---:|---:|---:|
|  | Funds on Hand |  |  |  |  |  | $27,189.21 |
| EXP | BERNARD J. NATALE, LTD. | Admin Ch. 7 | 130.57 | 0.00 | 130.57 | 130.57 | 27,058.64 |
| ATTY | BERNARD J. NATALE, LTD. | Admin Ch. 7 | 3,387.50 | 0.00 | 3,387.50 | 3,387.50 | 23,671.14 |
| TRTE | BERNARD J. NATALE | Admin Ch. 7 | 3,635.43 | 0.00 | 3,635.43 | 3,635.43 | 20,035.71 |
|  | SUBTOTAL FOR | ADMIN CH. 7 | 7,153.50 | 0.00 | 7,153.50 | 7,153.50 |  |
| 8P | Internal Revenue Service | Priority | 16,675.37 | 0.00 | 16,675.37 | 16,675.37 | 3,360.34 |
| 12P | Illinois Department of Employment Security | Priority | 52.75 | 0.00 | 52.75 | 52.75 | 3,307.59 |
|  | SUBTOTAL FOR | PRIORITY | 16,728.12 | 0.00 | 16,728.12 | 16,728.12 |  |
| 1 | PYOD LLC as assignee of Citibank | Unsecured | 494.69 | 0.00 | 494.69 | 27.01 | 3,280.58 |
| 2 | PYOD LLC as assignee of Citibank | Unsecured | 2,320.16 | 0.00 | 2,320.16 | 126.68 | 3,153.90 |
| 3 | PYOD LLC as assignee of Citibank | Unsecured | 7,817.08 | 0.00 | 7,817.08 | 426.82 | 2,727.08 |
| 4 | Carlith Printing | Unsecured | 1,298.00 | 0.00 | 1,298.00 | 70.87 | 2,656.21 |
| 5 | ADDVALUE2PRINT LLC | Unsecured | 590.00 | 0.00 | 590.00 | 32.21 | 2,624.00 |
| 6 | Lewis Paper Co. | Unsecured | 3,016.05 | 0.00 | 3,016.05 | 164.68 | 2,459.32 |
| 7 | Discover Bank/DFS Services LLC | Unsecured | 6,972.74 | 0.00 | 6,972.74 | 380.72 | 2,078.60 |
| 8U | Internal Revenue Service | Unsecured | 4,867.28 | 0.00 | 4,867.28 | 265.76 | 1,812.84 |
| 9 | Recovery Management Systems Corporation | Unsecured | 1,414.65 | 0.00 | 1,414.65 | 77.24 | 1,735.60 |
| 10 | Midland Paper Co | Unsecured | 7,105.70 | 0.00 | 7,105.70 | 387.97 | 1,347.63 |
| 11 | CAPITAL ONE BANK (USA), N.A. | Unsecured | 531.41 | 0.00 | 531.41 | 29.02 | 1,318.61 |
| 12U | Illinois Department of Employment Security | Unsecured | 50.00 | 0.00 | 50.00 | 2.73 | 1,315.88 |
| 13 | Kwik Kopy Corporation, Subsidiary of | Unsecured | 24,100.07 | 0.00 | 24,100.07 | 1,315.88 | 0.00 |
|  | SUBTOTAL FOR | UNSECURED | 60,577.83 | 0.00 | 60,577.83 | 3,307.59 |  |
| << Totals >> |  |  | 84,459.45 | 0.00 | 84,459.45 | 27,189.21 |  |

*NOTE: Final distribution is dependent on the Court's rulings on administrative expenses, contest of claims, and/or objections made to this final distribution.

**Administrative-Ch7**　　　　　　　　　　　　100.000000%
**Priority**　　　　　　　　　　　　　　　　　　100.000000%
**Unsecured**　　　　　　　　　　　　　　　　　　5.460067%