**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**WESTERN DIVISION**

| | | |
|---|---|---|
| In re: MORRISON, LILLIAN | § | Case No. 08-73186 |
| | § | |
| PRINTING, KWIK KOPY | § | |
| Debtor(s) | § | |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION**
**REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED**
**AND APPLICATION TO BE DISCHARGED (TDR)**

BERNARD J. NATALE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: $228,563.00 | Assets Exempt: $42,200.00 |
| Total Distribution to Claimants: $20,035.71 | Claims Discharged Without Payment: $462,463.66 |
| Total Expenses of Administration: $8,821.10 | |

3) Total gross receipts of $ 28,856.81 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $28,856.81 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (9/1/2009)**

|  | **CLAIMS SCHEDULED** | **CLAIMS ASSERTED** | **CLAIMS ALLOWED** | **CLAIMS PAID** |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $168,658.17 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: | | | | |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 8,821.10 | 8,821.10 | 8,821.10 |
| PRIOR CHAPTER ADMIN. FFES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 18,557.15 | 16,728.12 | 16,728.12 | 16,728.12 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 416,397.57 | 60,577.83 | 60,577.83 | 3,307.59 |
| **TOTAL DISBURSEMENTS** | $603,612.89 | $86,127.05 | $86,127.05 | $28,856.81 |

4) This case was originally filed under Chapter 7 on September 30, 2008.
. The case was pending for 15 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 01/15/2010          By: /s/BERNARD J. NATALE
                                Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (9/1/2009)**

## EXHIBITS TO
## FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT RECEIVED |
|---|---|---|
| Petitioner has 1/3 interest in real est, propert | 1110-000 | 22,000.00 |
| Ryobi Press, Engr. Copier, A B Dick Press, Cutte | 1129-000 | 6,850.00 |
| Interest Income | 1270-000 | 6.81 |
| **TOTAL GROSS RECEIPTS** | | **$28,856.81** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | N/A | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Associated Bank | 4110-000 | 40,000.00 | N/A | N/A | 0.00 |
| Chase Home Finance | 4110-000 | 128,658.17 | N/A | N/A | 0.00 |
| **TOTAL SECURED CLAIMS** | | **$168,658.17** | **$0.00** | **$0.00** | **$0.00** |

**UST Form 101-7-TDR (9/1/2009)**

## EXHIBIT 4 −CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| BERNARD J. NATALE, LTD. | 3120-000 | N/A | 130.57 | 130.57 | 130.57 |
| BERNARD J. NATALE, LTD. | 3110-000 | N/A | 3,387.50 | 3,387.50 | 3,387.50 |
| Mark J Gieringer | 2500-000 | N/A | 147.00 | 147.00 | 147.00 |
| BERNARD J. NATALE | 2100-000 | N/A | 3,635.43 | 3,635.43 | 3,635.43 |
| PHIL DERRIG | 2410-000 | N/A | 1,500.00 | 1,500.00 | 1,500.00 |
| INTERNATIONAL SURETIES, LTD | 2300-000 | N/A | 20.60 | 20.60 | 20.60 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | 8,821.10 | 8,821.10 | 8,821.10 |

## EXHIBIT 5 −PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| N/A | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | 0.00 | 0.00 | 0.00 |

## EXHIBIT 6 −PRIORITY UNSECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Internal Revenue Service | 5800-000 | 18,439.55 | 16,675.37 | 16,675.37 | 16,675.37 |
| Illinois Department of Employment Security | 5800-000 | N/A | 52.75 | 52.75 | 52.75 |
| Il Departmen of Revenue | 5200-000 | 117.60 | N/A | N/A | 0.00 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | 18,557.15 | 16,728.12 | 16,728.12 | 16,728.12 |

**UST Form 101-7-TDR (9/1/2009)**

## EXHIBIT 7 –GENERAL UNSECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| PYOD LLC as assignee of Citibank | 7100-000 | N/A | 494.69 | 494.69 | 27.01 |
| PYOD LLC as assignee of Citibank | 7100-000 | N/A | 2,320.16 | 2,320.16 | 126.68 |
| PYOD LLC as assignee of Citibank | 7100-000 | N/A | 7,817.08 | 7,817.08 | 426.82 |
| Carlith Printing | 7100-000 | 1,200.00 | 1,298.00 | 1,298.00 | 70.87 |
| ADDVALUE2PRINT LLC | 7100-000 | N/A | 590.00 | 590.00 | 32.21 |
| Lewis Paper Co. | 7100-000 | 3,016.05 | 3,016.05 | 3,016.05 | 164.68 |
| Discover Bank/DFS Services LLC | 7100-000 | N/A | 6,972.74 | 6,972.74 | 380.72 |
| Internal Revenue Service | 7100-000 | N/A | 4,867.28 | 4,867.28 | 265.76 |
| Recovery Management Systems Corporation | 7100-000 | N/A | 1,414.65 | 1,414.65 | 77.24 |
| Midland Paper Co | 7100-000 | 7,105.70 | 7,105.70 | 7,105.70 | 387.97 |
| CAPITAL ONE BANK (USA), N.A. | 7100-000 | N/A | 531.41 | 531.41 | 29.02 |
| Illinois Department of Employment Security | 7100-000 | N/A | 50.00 | 50.00 | 2.73 |
| Kwik Kopy Corporation, Subsidiary of | 7100-000 | N/A | 24,100.07 | 24,100.07 | 1,315.88 |
| Joe & Rebecca Swierkosz | 7100-000 | 25,000.00 | N/A | N/A | 0.00 |
| James Buchanan | 7100-000 | 325,000.00 | N/A | N/A | 0.00 |
| Jorson & Carlson | 7100-000 | 27.00 | N/A | N/A | 0.00 |
| I T U | 7100-000 | 429.60 | N/A | N/A | 0.00 |
| EFI, Inc. | 7100-000 | 225.00 | N/A | N/A | 0.00 |
| Dex AT&T Advertising | 7100-000 | 1,192.82 | N/A | N/A | 0.00 |
| Emerge | 7100-000 | 395.65 | N/A | N/A | 0.00 |
| First Data | 7100-000 | unknown | N/A | N/A | 0.00 |
| Gordon Flesch Co. | 7100-000 | 7,000.00 | N/A | N/A | 0.00 |
| GFC Leasing #408579 | 7100-000 | unknown | N/A | N/A | 0.00 |
| ICED(Kwik Kopy Corp.) One Entreprenuer Way | 7100-000 | 17,412.13 | N/A | N/A | 0.00 |
| Team Concept Printing | 7100-000 | 2,373.37 | N/A | N/A | 0.00 |
| Phil Derrig, Landlord | 7100-000 | 6,600.00 | N/A | N/A | 0.00 |

**UST Form 101-7-TDR (9/1/2009)**

| | | | | | |
|---|---|---|---|---|---|
| Unishippers | 7100-000 | 50.51 | N/A | N/A | 0.00 |
| Presstek | 7100-000 | 476.32 | N/A | N/A | 0.00 |
| Orchard Bank HSBC Card Services | 7100-000 | 1,366.03 | N/A | N/A | 0.00 |
| Quick Tickets | 7100-000 | 24.41 | N/A | N/A | 0.00 |
| Nicolet | 7100-000 | 125.09 | N/A | N/A | 0.00 |
| Nicor | 7100-000 | 405.72 | N/A | N/A | 0.00 |
| Creative Letter & Office Svcs | 7100-000 | 400.00 | N/A | N/A | 0.00 |
| Unishippers c/o ICA Collections | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| Kwik Kopy Printing | 7100-000 | 80.00 | N/A | N/A | 0.00 |
| Sears - Gold Mastercard (Citibank) | 7100-000 | 2,000.00 | N/A | N/A | 0.00 |
| Menards Retail Services | 7100-000 | 727.93 | N/A | N/A | 0.00 |
| Carson Pirie Scott | 7100-000 | 442.84 | N/A | N/A | 0.00 |
| Accurate Printing | 7100-000 | 80.27 | N/A | N/A | 0.00 |
| Citi Bank  (Sears) | 7100-000 | 1,000.00 | N/A | N/A | 0.00 |
| CE Printed Products | 7100-000 | 1,705.00 | N/A | N/A | 0.00 |
| Citi Bank (Sears) c/o Alliance Receivables Mgmt | 7100-000 | 417.21 | N/A | N/A | 0.00 |
| Citi Cards Customer Service | 7100-000 | 7,366.48 | N/A | N/A | 0.00 |
| Carlson Craft | 7100-000 | 192.07 | N/A | N/A | 0.00 |
| Americal | 7100-000 | 779.53 | N/A | N/A | 0.00 |
| ADD2 Value Ivan Rock Road | 7100-000 | 550.00 | N/A | N/A | 0.00 |
| AT&T Phone | 7100-000 | 463.79 | N/A | N/A | 0.00 |
| Commonwealth Edison Bill Payment Center | 7100-000 | 767.05 | N/A | N/A | 0.00 |
| Capital One | 7100-000 | unknown | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | 416,397.57 | 60,577.83 | 60,577.83 | 3,307.59 |

**UST Form 101-7-TDR (9/1/2009)**

Case 08-73186    Doc 37    Filed 01/25/10    Entered 01/25/10 15:43:53    Desc Main
                            Document      Page 7 of 11

Exhibit 8

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

Page: 1

**Case Number:** 08-73186  
**Case Name:** MORRISON, LILLIAN  

**Trustee:** (330370) BERNARD J. NATALE  
**Filed (f) or Converted (c):** 09/30/08 (f)  
**§341(a) Meeting Date:** 10/30/08  
**Claims Bar Date:** 02/24/09  

**Period Ending:** 01/15/10

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Petitioner owns, estate residence located at 218 | 200,000.00 | 0.00 | DA | 0.00 | FA |
| 2 | Petitioner has 1/3 interest in real est, propert<br>TRUSTEE HAS NEGOTIATED SALE OF<br>DEBTOR'S INTEREST TO CO-OWNER | 52,000.00 | 17,000.00 | | 22,000.00 | FA |
| 3 | Cash | 100.00 | 0.00 | DA | 0.00 | FA |
| 4 | Checking acct. - personal @ Associated Bank | 300.00 | 0.00 | DA | 0.00 | FA |
| 5 | Checking - personal $500.00 & Business $700.00 @ | 1,200.00 | 0.00 | DA | 0.00 | FA |
| 6 | Two business accts. at Associated Bank | 1,000.00 | 0.00 | DA | 0.00 | FA |
| 7 | Security deposit with Com Ed | Unknown | 0.00 | DA | 0.00 | FA |
| 8 | Security deposit with Nicor for business Kwik Ko | Unknown | 0.00 | DA | 0.00 | FA |
| 9 | Eight rooms of Household furniture, furnishings | 700.00 | 0.00 | DA | 0.00 | FA |
| 10 | Necessary wearing apparel | 200.00 | 0.00 | DA | 0.00 | FA |
| 11 | Costume jewelry only | 100.00 | 0.00 | DA | 0.00 | FA |
| 12 | Photographic equipment. | 100.00 | 0.00 | DA | 0.00 | FA |
| 13 | IRA - $15,000.00 IRA - $5,000.00 IRA - $2,000.00 | 22,000.00 | 0.00 | DA | 0.00 | FA |
| 14 | Stock in Associated Bank | 500.00 | 0.00 | DA | 0.00 | FA |
| 15 | Accounts Receivable of Kwik Kopy Printing Co. | Unknown | 5,000.00 | DA | 0.00 | FA |
| 16 | Kwik Kopy Printing Franchise | 0.00 | 0.00 | DA | 0.00 | FA |
| 17 | Customer List of Kwik Kopy Printing | 0.00 | 0.00 | DA | 0.00 | FA |
| 18 | 2002 Pontiac Grand Prix (150,000 miles) | 1,000.00 | 0.00 | DA | 0.00 | FA |
| 19 | 2001 Pontiac Grand Am (190,000 miles) (Used for | 863.00 | 413.00 | DA | 0.00 | FA |
| 20 | Cash Register, File Cabinet, Desks, Chairs, Coun | 400.00 | 0.00 | DA | 0.00 | FA |
| 21 | Ryobi Press, Engr. Copier, A B Dick Press, Cutte | 28,000.00 | 7,200.00 | | 6,850.00 | FA |
| 22 | Paper and Envelopes | 100.00 | 100.00 | DA | 0.00 | FA |
| 23 | Dog | 0.00 | 0.00 | DA | 0.00 | FA |
| Int | INTEREST (u) | Unknown | N/A | | 6.81 | FA |
| 24 | Assets    Totals (Excluding unknown values) | **$308,563.00** | **$29,713.00** | | **$28,856.81** | **$0.00** |

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 08-73186  
**Case Name:** MORRISON, LILLIAN

**Period Ending:** 01/15/10

**Trustee:** (330370)   BERNARD J. NATALE  
**Filed (f) or Converted (c):** 09/30/08 (f)  
**§341(a) Meeting Date:** 10/30/08  
**Claims Bar Date:** 02/24/09

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br><br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|

**Major Activities Affecting Case Closing:**

TRUSTEE TO SELL CO-OWNED REAL ESTATE.

**Initial Projected Date Of Final Report (TFR):**   December 31, 2010      **Current Projected Date Of Final Report (TFR):**   August 20, 2009  (Actual)

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

| Case Number: | 08-73186 | | Trustee: | BERNARD J. NATALE (330370) |
|---|---|---|---|---|
| Case Name: | MORRISON, LILLIAN | | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | | | Account: | ***-*****03-65 - Money Market Account |
| Taxpayer ID #: | 35-6799605 | | Blanket Bond: | $552,000.00   (per case limit) |
| Period Ending: | 01/15/10 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 12/16/08 | {21} | BARRINGTON PRINT & COPY | SALE OF ASSETS | 1129-000 | 6,850.00 | | 6,850.00 |
| 12/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0600% | 1270-000 | 0.14 | | 6,850.14 |
| 01/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0600% | 1270-000 | 0.33 | | 6,850.47 |
| 02/27/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0600% | 1270-000 | 0.31 | | 6,850.78 |
| 03/10/09 | 1001 | PHIL DERRIG | PAYMENT OF ADMIN RENT PER ORDER ENTERED 3/9/09 | 2410-000 | | 1,500.00 | 5,350.78 |
| 03/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0600% | 1270-000 | 0.33 | | 5,351.11 |
| 04/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0600% | 1270-000 | 0.26 | | 5,351.37 |
| 05/29/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0600% | 1270-000 | 0.25 | | 5,351.62 |
| 06/01/09 | {2} | Amcore Bank on behalf of Mary Ann Madray | Sale of debtor's interest in Wisconsin property | 1110-000 | 22,000.00 | | 27,351.62 |
| 06/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0600% | 1270-000 | 1.25 | | 27,352.87 |
| 07/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0600% | 1270-000 | 1.39 | | 27,354.26 |
| 08/13/09 | 1002 | INTERNATIONAL SURETIES, LTD | BOND PREMIUM PAYMENT ON BANK BALANCE AS OF 06/01/2009 FOR CASE #08-73186, BOND #016018067 06/01/09-06/01/10 | 2300-000 | | 20.60 | 27,333.66 |
| 08/19/09 | | To Account #********0366 | Pay Fees for Execution of Quit Claim | 9999-000 | | 200.00 | 27,133.66 |
| 08/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0600% | 1270-000 | 1.38 | | 27,135.04 |
| 09/28/09 | Int | JPMORGAN CHASE BANK, N.A. | Current Interest Rate is 0.0500% | 1270-000 | 1.17 | | 27,136.21 |
| 09/28/09 | | To Account #********0366 | Transfer for Final Disbursment | 9999-000 | | 27,136.21 | 0.00 |
| | | | ACCOUNT TOTALS | | 28,856.81 | 28,856.81 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 27,336.21 | |
| | | | Subtotal | | 28,856.81 | 1,520.60 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | NET Receipts / Disbursements | | $28,856.81 | $1,520.60 | |

{} Asset reference(s)                                                                                                      Printed: 01/15/2010 10:28 AM    V.11.54

## FORM 2
Page: 2

### Cash Receipts And Disbursements Record

**Case Number:** 08-73186  
**Case Name:** MORRISON, LILLIAN  

**Taxpayer ID #:** 35-6799605  
**Period Ending:** 01/15/10  

**Trustee:** BERNARD J. NATALE (330370)  
**Bank Name:** JPMORGAN CHASE BANK, N.A.  
**Account:** ***-*****03-66 - Checking Account  
**Blanket Bond:** $552,000.00 (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 08/19/09 | | From Account #********0365 | Pay Fees for Execution of Quit Claim | 9999-000 | 200.00 | | 200.00 |
| 08/19/09 | 101 | Mark J Gieringer | Ref # QUIT CLAIM | 2500-000 | | 147.00 | 53.00 |
| 09/28/09 | | From Account #********0365 | Transfer for Final Disbursement | 9999-000 | 27,136.21 | | 27,189.21 |
| 10/01/09 | 102 | BERNARD J. NATALE | Dividend paid 100.00% on $3,635.43, Trustee Compensation; Reference: | 2100-000 | | 3,635.43 | 23,553.78 |
| 10/01/09 | 103 | Carlith Printing | Distribution paid 5.46% on $1,298.00; Claim# 4; Filed: $1,298.00; Reference: 3150 | 7100-000 | | 70.87 | 23,482.91 |
| 10/01/09 | 104 | ADDVALUE2PRINT LLC | Distribution paid 5.46% on $590.00; Claim# 5; Filed: $590.00; Reference: | 7100-000 | | 32.21 | 23,450.70 |
| 10/01/09 | 105 | Lewis Paper Co. | Distribution paid 5.46% on $3,016.05; Claim# 6; Filed: $3,016.05; Reference: 0090 | 7100-000 | | 164.68 | 23,286.02 |
| 10/01/09 | 106 | Discover Bank/DFS Services LLC | Distribution paid 5.46% on $6,972.74; Claim# 7; Filed: $6,972.74; Reference: 7088 | 7100-000 | | 380.72 | 22,905.30 |
| 10/01/09 | 107 | Recovery Management Systems Corporation | Distribution paid 5.46% on $1,414.65; Claim# 9; Filed: $1,414.65; Reference: 6839 | 7100-000 | | 77.24 | 22,828.06 |
| 10/01/09 | 108 | Midland Paper Co | Distribution paid 5.46% on $7,105.70; Claim# 10; Filed: $7,105.70; Reference: 4376 | 7100-000 | | 387.97 | 22,440.09 |
| 10/01/09 | 109 | CAPITAL ONE BANK (USA), N.A. | Distribution paid 5.46% on $531.41; Claim# 11; Filed: $531.41; Reference: 3465 | 7100-000 | | 29.02 | 22,411.07 |
| 10/01/09 | 110 | Kwik Kopy Corporation, Subsidiary of | Distribution paid 5.46% on $24,100.07; Claim# 13; Filed: $24,100.07; Reference: STORE 874 | 7100-000 | | 1,315.88 | 21,095.19 |
| 10/01/09 | 111 | BERNARD J. NATALE, LTD. | Combined Check for Claims#ATTY,EXP | | | 3,518.07 | 17,577.12 |
| | | | Dividend paid 100.00% on $3,387.50; Claim# ATTY; Filed: $3,387.50     3,387.50 | 3110-000 | | | 17,577.12 |
| | | | Dividend paid 100.00% on $130.57; Claim# EXP; Filed: $130.57     130.57 | 3120-000 | | | 17,577.12 |
| 10/01/09 | 112 | Illinois Department of Employment Security | Combined Check for Claims#12U,12P | | | 55.48 | 17,521.64 |
| | | | Dividend paid 5.46% on $50.00; Claim# 12U; Filed: $50.00     2.73 | 7100-000 | | | 17,521.64 |
| | | | Dividend paid 100.00% on $52.75; Claim# 12P; Filed: $52.75     52.75 | 5800-000 | | | 17,521.64 |
| 10/01/09 | 113 | Internal Revenue Service | Combined Check for Claims#8U,8P | | | 16,941.13 | 580.51 |
| | | | Dividend paid 5.46% on $4,867.28; Claim# 8U;     265.76 | 7100-000 | | | 580.51 |

Subtotals : $27,336.21    $26,755.70

{} Asset reference(s)    Printed: 01/15/2010 10:28 AM    V.11.54

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 3

| **Case Number:** | 08-73186 | | **Trustee:** | BERNARD J. NATALE (330370) |
|---|---|---|---|---|
| **Case Name:** | MORRISON, LILLIAN | | **Bank Name:** | JPMORGAN CHASE BANK, N.A. |
| | | | **Account:** | ***-*****03-66 - Checking Account |
| **Taxpayer ID #:** | 35-6799605 | | **Blanket Bond:** | $552,000.00 (per case limit) |
| **Period Ending:** | 01/15/10 | | **Separate Bond:** | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | | Filed: $4,867.28; Reference: 8706-AKA/KWIK KOPY PRTG | | | | |
| | | | Dividend paid 100.00% on $16,675.37; Claim# 8P; Filed: $16,675.37; Reference: 8706-AKA/KWIK KOPY PRTG | 16,675.37 | 5800-000 | | | 580.51 |
| 10/01/09 | 114 | PYOD LLC as assignee of Citibank | Combined Check for Claims#1,2,3 | | | 580.51 | 0.00 |
| | | | Dividend paid 5.46% on $494.69; Claim# 1; Filed: $494.69; Reference: 7902 | 27.01 | 7100-000 | | | 0.00 |
| | | | Dividend paid 5.46% on $2,320.16; Claim# 2; Filed: $2,320.16; Reference: 2671 | 126.68 | 7100-000 | | | 0.00 |
| | | | Dividend paid 5.46% on $7,817.08; Claim# 3; Filed: $7,817.08; Reference: 4130 | 426.82 | 7100-000 | | | 0.00 |

| | | | |
|---|---|---|---|
| **ACCOUNT TOTALS** | 27,336.21 | 27,336.21 | $0.00 |
| Less: Bank Transfers | 27,336.21 | 0.00 | |
| **Subtotal** | 0.00 | 27,336.21 | |
| Less: Payments to Debtors | | 0.00 | |
| **NET Receipts / Disbursements** | **$0.00** | **$27,336.21** | |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **MMA # ***-*****03-65** | 28,856.81 | 1,520.60 | 0.00 |
| **Checking # ***-*****03-66** | 0.00 | 27,336.21 | 0.00 |
| | $28,856.81 | $28,856.81 | $0.00 |

{} Asset reference(s)

Printed: 01/15/2010 10:28 AM    V.11.54